**UNITED STATES DISTRICT COURT**

**MIDDLE DISTRICT OF LOUISIANA**

**RAY BROOKS (#568449)** CIVIL ACTION

VERSUS **NO. 26-304-JWD-RLB**

**D. VANNOY, ET AL.**

**OPINION**

After independently reviewing the entire record in this case and for the reasons set forth in the Magistrate Judge's Report dated September 14, 2026, (Doc. 4), to which an objection was filed and considered (Doc. 5);

**IT IS ORDERED** that the Court decline to exercise supplemental jurisdiction over potential state law claims and that the following federal claims be **DISMISSED WITH PREJUDICE** for failure to state a claim based on screening under 28 U.S.C. §§ 1915(e) and 1915A2: all claims against D. Vannoy, Vincent Knight, and Trish Foster; plaintiff's claim for failure to follow prison policies and regulations; and plaintiff's claim for retaliation.

**IT IS FURTHER ORDERED** that this matter is referred back to the magistrate judge for further proceedings on the remaining claim of excessive force asserted against defendant Jasmine Irvin.

Signed in Baton Rouge, Louisiana, on October 6, 2026.

**JUDGE JOHN W. deGRAVELLES**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**